# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4976
_____

ANTONIO PIMENTEL,

Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK/CMS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jeffrey I. Jacobs, Judge.

Date of Accident:  February 17, 2011.

June 17, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami., for Appellees.